# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

United States of America
*Plaintiff(s)*

v.

Steven Wilson
*Defendant(s)*

Case Number: 26-cr-40051-SMY

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| | | | |
|---|---|---|---|
| Place: | U. S. Courthouse<br>301 W. Main St.<br>Benton IL, 62812 | Courtroom No.: | 2 |
| Before: | Magistrate Judge Reona J. Daly | Date and Time: | September 28, 2026<br>at 10:30am |

This offense is briefly described as follows:
Count 1: Conspiracy Against Rights in violation 18:241.
Count 2: Deprivation of Rights Under Color of Law- Unlawful Use of Force in violation of 18:242
Count 3: Deprivation of Rights Under Color of Law- Failure to Protect in violation of 18:242.
Count 4: Deprivation of Rights Under Color of Law- Interference with Medical Care in violation of 18:242.

DEFENDANT IS REQUIRED TO REPORT TO THE UNITED STATES PROBATION OFFICE, 302 West Main, Benton, IL, TWO HOURS PRIOR TO COURT APPEARANCE.

Date: September 9, 2026

[signature], Deputy Clerk
*Issuing officer's signature*

MONICA A. STUMP, Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons ☐ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*