**IN THE UNITED STATES DISCTRICT COURT**
**FOR THE SOUTHERN DISCTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STAETS OF AMERICA,<br>Plaintiff, | ) | CRIMINAL NO.: 26-cr-40051-SMY |
| Vs. | ) | Title 18, United States Code,<br>Sections 241 and 242. |
| STEVEN WILSON,<br>Defendant. | ) | |

**ENTRY OF APPEARANCE**

NOW COMES Drew Law Group, Attorneys at Law, and enters their appearance on behalf of the Defendant, Stevem Wilson.

By: /s/ Bryan A. Drew

Drew Law Group
Bryan A. Drew IL ARDC # 06271184
Attorneys at Law
806 Public Square
Benton, Illinois 62812
Telephone: (618) 439-9406
Facsimile: (618) 435-3441
Email: service@drewlawgroup.com

**CERTIFICATE OF SERVICE**

I certify under section 1-109 of the Code of Civil Procedure that I have served a copy of the foregoing document upon attorneys of record or all other parties in this action via e-service on the 28th day of September, 2026.

Steven D. Weinhoeft
United States Attorney

Kevin F. Burke
Assistant United States Attorney

BY: /s/ April Inman
Drew Law Group