**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | <u>**MINUTES OF INITIAL APPEARANCE & ARRAIGNMENT**</u> |
| | **)** | |
| | **)** | |
| **vs.** | **)** | **Case No. 26-cr-40051-SMY** |
| | **)** | |
| **STEVEN WILSON,** | **)** | |
| | **)** | **Date:** September 28, 2026 |
| | **)** | |
| Defendant. | **)** | **Location:** Benton |

---

**PRESENT: HONORABLE REONA J. DALY, MAGISTRATE JUDGE**

**DEPUTY CLERK:** Jamie Melson **REPORTER:** Liberty Recording

**COUNSEL FOR GOVERNMENT:** Kevin Burke, AUSA

**COUNSEL FOR DEFENDANT**: Bryan Drew, retained

[x] Defendant present in open court pursuant to a summons.

[x] Counsel for the government and defendant are present as noted above.

[x] Defendant has retained private counsel.

[x] Defendant waives reading of charges and is advised of rights.

[x] Defendant arraigned on [x] Indictment[ ] Information.

[x] Plea: [x] Not Guilty as to Counts <u>1-4 entered by the Court ondefendant's behalf.</u>

[x] The Government is not seeking detention at this time. Order Setting Conditons of Release to enter.

[x] Final Pretrial Conference set for <u>**NOVEMBER 16, 2026 AT 9:30 A.M.**</u> before **CHIEF JUDGE STACI M. YANDLE** in Benton. The defendant's presence is required.

[x] Jury Trial set for <u>**NOVEMBER 30, 2026 AT 9:00 A.M.**</u> before **CHIEF JUDGE STACI M. YANDLE** in Benton.

[x] Defendant released on a personal recognizance bond.

---

*_No further notice will be given._